B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A&O Bonded Life Settlements, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5853772** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 N. LaSalle Street**<br>**Suite 2100**<br>**Chicago, IL**    ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**A&O Bonded Life Settlements, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<b>Exhibit A</b>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)        (Date)
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**A&O Bonded Life Settlements, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125 Fax: (312) 876-6260**
Telephone Number

**September 2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Russell E. Mackert**
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September 2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **A&O Bonded Life Settlements, LLC**                                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Life Fund 5.1, LLC**<br>**Northern** | **09-32672**<br>**Affiliate** | **09/02/09**<br>**A. Benjamin Goldgar** |

**See attached list**

EXHIBIT TO PETITION

## AFFILIATED DEBTORS
## Cases Filed September 1, 2009

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

.

In re    __A&O Bonded Life Settlements, LLC_____,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                        ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br>**Illinois Department of Revenue Bankruptcy Section 100 W. Randolph, Level 7-425 Chicago, IL 60606** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br>**Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br>**Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br>**Securities and Exchange Commission** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **Unknown** |
| Account No. <br><br>**Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **A&O Bonded Life Settlements, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| **Abuteir Children's Trust 3151 Mossy Elm Ct. Houston, TX 77059** | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| **Aguilar, Jorge and Amelia JTWROS 2310 Engeling Rd. Rosenburg, TX 77471** | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| **Allen, James and Beverly JTWROS 6903 Bullinger Dr. Spring, TX 77379** | | - | | | | | | | Unknown |
| Account No. **Policy No. U10033937L** | | | | | Policy Premiums | | | | |
| **American General American General Center MC 338N Nashville, TN 37250** | | - | | | | | | | Unknown |

__17__ continuation sheets attached

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         S/N:27036-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Investment | | | | |
| Arden, Jan 381 Tratebas Rd. Valparaiso, IN 46383 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Arden, Jan 381 Tratebas Rd. Valparaiso, IN 46383 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Becker, Jana W. 1538 E. Holly St. Boise, ID 83712 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Beckman, Jeffery 19-215E2200 North Rd. Towanda, IL 61776 | | | | | | | | Unknown |
| Account No. | | - | | Investment | | | | |
| Brown, Bert and Brandi JTWROS 9210 Stoneridge Canyon Houston, TX 77089 | | | | | | | | Unknown |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| **Bush, Jon M.** **8324 NW Lakeview Dr.** **Parkville, MO 64152** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Carey, Lee D.** **216 Hunter Ave.** **Oakland, CA 94603** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Carey, Lee D.** **216 Hunter Ave.** **Oakland, CA 94603** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Caskey, Penelope J.** **5102 Caprock** **Pearland, TX 77584** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Chapman, Mildred M.** **2371 County Road 312** **Broaddus, TX 75929** | - | | | | | | | **Unknown** |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Bonded Life Settlements, LLC**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| **Coshate Road Exotics** **2311 Thompson Crossing** **Richmond, TX 77469** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Cunningham, Richard** **2311 Thompson Crossing** **Richmond, TX 77469** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Czarnecki, Michael** **3104 Creek Bend Dr.** **Friendswood, TX 77546** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Dabelic, Ivo** **326 Gleneagles Dr.** **Friendswood, TX 77546** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Dabelic, Ivo** **326 Gleneagles Dr.** **Friendswood, TX 77546** | - | | | | | | | **Unknown** |

Sheet no. __3__ of __17__ sheets attached to Schedule of                                    Subtotal                  **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Dang, Maria 10810 Umber Ct. Houston, TX 77099 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Davies, Sheila 3240 Lightning Ct. New Lenox, IL 60451 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| DeWalt, Ronald 1802 Country Rd. 93613 Alvin, TX 77511 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Dillehay, Michele 3904 NW 61st. Oklahoma City, OK 73112 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| DiMaria, Frank 8113 Olcott Ave. Niles, IL 60714 | | - | | | | | Unknown |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Entrust Group**<br>**Entrust Retirement Services, Inc.**<br>**17171 Park Row, Suite 100**<br>**Houston, TX 77084** | - | | | **2 quarters due - $195/quarter per qualified account investor ($390 per investor x 80 investors)** | | | | **15,600.00** |
| Account No.<br><br>**Felt, Jason**<br>**3115 Newcastle**<br>**Houston, TX 77027** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Fenley, Doyle and Michelle JTWROS**<br>**33207 Buck**<br>**Magnolia, TX 77355** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Frisbie, Robert G.**<br>**803 N. Delaware**<br>**Chouteau, OK 74337** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Fullmer, Sharon**<br>**9981 Lake Seminole Drive N.**<br>**Largo, FL 33773** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __5___ of __17__ sheets attached to Schedule of                    Subtotal                 **15,600.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Policy No. H145750** <br><br> **Genworth Life** <br> **700 Main Street** <br> **Lynchburg, VA 24504** | - | | Policy Premiums | | | | Unknown |
| Account No. **Policy No. 6802507** <br><br> **Genworth Life** <br> **700 Main Street** <br> **Lynchburg, VA 24504** | - | | Policy Premiums | | | | Unknown |
| Account No. <br><br> **Glander, Helen C.** <br> **25084 W. Ivanhoe Rd.** <br> **Wauconda, IL 60084** | - | | Investment | | | | Unknown |
| Account No. <br><br> **Graham, Patricia C.** <br> **200 Wyndemere Cir Unit 323W** <br> **Wheaton, IL 60187** | - | | Investment | | | | Unknown |
| Account No. <br><br> **Gray, Robert** <br> **707 Davis Road** <br> **League City, TX 77573** | - | | Investment | | | | Unknown |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| Guest, Floyd E., Jr. Trustee of 5826 Doliver Dr. Houston, TX 77057 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Harwell, Charles M. 163 Holly Ridge Rd. Dublin, GA 31021 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Heisler, Jeannine 1220 N. Oaks St. Lake City, MN 55041 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Heney, Shirley Jean 9515 Edgefield Trail Flower Mound, TX 75028 | | - | | | | | | | Unknown |
| Account No. | | | | | Investment | | | | |
| Hicks, Geraldine E. 1436 E. Thacker #409 DesPlaines, IL 60016 | | - | | | | | | | Unknown |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| **Hill, Gerald O. 3510 96th. Lubbock, TX 79423** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hite, Sydney 633 NE Shoreline Dr. Lee's Summitt, MO 64064** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hite, Sydney 3820 S. Whitney Ave. Independence, MO 64055** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Hoelscher, Joan A. 1476 Cindy Ln DesPlaines, IL 60018** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Holsch, Oranelle Ann 9318 Carvel Houston, TX 77036** | - | | | | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Holsch, Oranelle Ann**<br>**9318 Carvel**<br>**Houston, TX 77036** | | - | | Investment | | | | **Unknown** |
| Account No. **Policy No. 6793833**<br><br>**ING Relia Star Life Insurance Co.**<br>**909 Locust Street**<br>**Des Moines, IA 50309** | | - | | Policy Premiums | | | | **Unknown** |
| Account No.<br><br>**Jackson, Shirley**<br>**2110 Goldfinch Ln**<br>**League City, TX 77573** | | - | | Investment | | | | **Unknown** |
| Account No.<br><br>**Jernigan, Catherine R.**<br>**5423 Fairgreen Ln.**<br>**Houston, TX 77048** | | - | | Investment | | | | **Unknown** |
| Account No. **Policy No. 57169674**<br><br>**John Hancock Life Insurance Company**<br>**20 N. Wacker Drive, Suite 2617**<br>**Chicago, IL 60606-3004** | | - | | Policy Premiums | | | | **Unknown** |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Settlements, LLC**                                    ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lawrence, Cleaster**<br>**1306 Gilchrist Ct.**<br>**Richmond, VA 23231** | | - | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Lewis, Clarence**<br>**5110 Creekview Dr.**<br>**LaPorte, TX 77571** | | - | **Investment** | | | | **Unknown** |
| Account No.  **Policy No. JG5462406**<br><br>**Lincoln Financial**<br>**100 N. Greene Street**<br>**Greensboro, NC 27401** | | - | **Policy Premiums** | | | | **Unknown** |
| Account No.  **Policy No. 8275165**<br><br>**Massachusettes Mutual Life Ins. Co.**<br>**300 5th Avenue**<br>**Waltham, MA 02451-8778** | | - | **Policy Premiums** | | | | **Unknown** |
| Account No.<br><br>**Mistry, Thakor G.**<br>**605 Woolsey**<br>**Dallas, TX 75224** | | - | **Investment** | | | | **Unknown** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Bonded Life Settlements, LLC**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Molitor, Stephen B.** **232 W. Brown St.** **West Chicago, IL 60185** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Monkres, Georgia** **5610 Oak Branch Dr.** **Arlington, TX 76016** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Monkres, T. Eugene** **5610 Oak Branch Dr.** **Arlington, TX 76016** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Moore, Irving, Jr.** **7518 Longing Trail** **San Antonio, TX 78244** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Morse, Dorothy** **802 Maalahi St.** **Wailuku, HI 96793** | | - | | | | | **Unknown** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Settlements, LLC**                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Mozley, Loretta 405 Windsor Dr. Friendswood, TX 77546 | - | | | | | | Unknown |
| Account No. **Policy No. VF51228580** | | | Policy Premiums | | | | |
| Pacific Life 700 Newport Center Drive Newport Beach, CA 92660-6397 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Polumbo, Irene 11607 Triola Ln Houston, TX 77072 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Poulsen, Rodney C. 6688 Coba Ct. Salt Lake City, UT 84121 | - | | | | | | Unknown |
| Account No. **Policy No. V1168732** | | | Policy Premiums | | | | |
| Prudential Financial Life Insurance 751 Broad Street Newark, NJ 07102-3777 | - | | | | | | Unknown |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Settlements, LLC**                                    ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Pyron, Dina A. 2924 Georgetown Houston, TX 77005 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Quiroga, Luis A. 14907 Turnbridge Dr. Frisco, TX 75035 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Redmon, Terry E. 111 Moss Glen Rd. Lebanon, TN 37090 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Rogers, Gordon L. 445 Lawrence Rose Rd. Lebanon, TN 37087 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Rosko, Sharon L. 2614 S. Clinton Ave. Berwyn, IL 60402 | - | | | | | | | Unknown |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Bonded Life Settlements, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sabey, Donald A.<br>15914 Larkfield Dr.<br>Houston, TX 77059 | - | | Investment | | | | Unknown |
| Account No.<br><br>Saydel, Kenneth M.<br>N8W29570 Thames Ct.<br>Waukesha, WI 53188 | - | | Investment | | | | Unknown |
| Account No.<br><br>Sellmeyer, Francis<br>811 Barnesville<br>Channelview, TX 77530 | - | | Investment | | | | Unknown |
| Account No.<br><br>Sirk, Fay M.<br>9705 Kingussle Lane<br>Richmond, TX 23236 | - | | Investment | | | | Unknown |
| Account No.<br><br>Smith, Dorothy A. Char Rev Trst<br>318 N. Lind<br>Hillside, IL 60162 | - | | Investment | | | | Unknown |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Bonded Life Settlements, LLC**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Investment | | | | |
| **Tovey, Boyd Brent** **3695 Sawgrass Way** **Boise, ID 83704** | | | | | | | | **Unknown** |
| Account No. **Policy No. 60059453** | | | - | Policy Premiums | | | | |
| **Transamerica** **401 N. Tryon Street, Suite 700** **Charlotte, NC 28202** | | | | | | | | **Unknown** |
| Account No. | | | - | Investment | | | | |
| **Varjas, Frank** **11527 Longbrook Dr.** **Houston, TX 77099** | | | | | | | | **Unknown** |
| Account No. | | | - | Investment | | | | |
| **Wagner, Franz** **213 E. Saunders** **League City, TX 77573** | | | | | | | | **Unknown** |
| Account No. | | | - | Investment | | | | |
| **Wagner, William** **22 W 107 Irving Park Rd.** **Medinah, IL 60157** | | | | | | | | **Unknown** |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Bonded Life Settlements, LLC**                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| **Wasserberg, Johnathan** **1717 St. James Place #360** **Houston, TX 77056** | | - | | | | | | **Unknown** |
| Account No. **Policy No. ULA341379** | | | | Policy Premiums | | | | |
| **West Coast Life Insurance Company** **P.O. Box 2224** **Birmingham, AL 35246-0030** | | - | | | | | | **Unknown** |
| Account No. **Policy No. A06029814** | | | | Policy Premiums | | | | |
| **West Coast Life Insurance Company** **P.O. Box 2224** **Birmingham, AL 35246-0030** | | - | | | | | | **Unknown** |
| Account No. **Policy No. Z06027370** | | | | Policy Premiums | | | | |
| **West Coast Life Insurance Company** **P.O. Box 2224** **Birmingham, AL 35246-0030** | | - | | | | | | **Unknown** |
| Account No. **Policy No. Z06029958** | | | | Policy Premiums | | | | |
| **West Coast Life Insurance Company** **P.O. Box 2224** **Birmingham, AL 35246-0030** | | - | | | | | | **Unknown** |

Sheet no. __16__ of __17__ sheets attached to Schedule of                                     Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Bonded Life Settlements, LLC** ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Worthy, Shirley**<br>**4053 Chemawa Dr.**<br>**Stone Mountain, GA 30083** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Wright, Nellie**<br>**2524 New Garden Rd. E**<br>**Greensboro, NC 27455** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Yatsinko, Michael E.**<br>**35 Winchester Ct.**<br>**Lebanon, TN 37090** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Youngblood, Ruby C.**<br>**106 Charles St.**<br>**Dongola, IL 62926** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **15,600.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A&O Bonded Life Settlements, LLC** _____   Case No. _____

                                    Debtor(s)      Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  2, 2009** _____      Signature   **/s/ Russell E. Mackert** _____

                                         **Russell E. Mackert**
                                         **Manager of Shepherd Capital Management, LLC**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   __A&O Bonded Life Settlements, LLC_____     Case No.   _____
                                    Debtor(s)              Chapter   __11_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____ 87

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __September  2, 2009_____       __/s/ Russell E. Mackert_____
                                              **Russell E. Mackert/Manager of Shepherd Capital Management, LLC**
                                              Signer/Title

Abuteir Children's Trust
3151 Mossy Elm Ct.
Houston, TX 77059


Aguilar, Jorge and Amelia JTWROS
2310 Engeling Rd.
Rosenburg, TX 77471


Allen, James and Beverly JTWROS
6903 Bullinger Dr.
Spring, TX 77379


American General
American General Center
MC 338N
Nashville, TN 37250


Arden, Jan
381 Tratebas Rd.
Valparaiso, IN 46383


Becker, Jana W.
1538 E. Holly St.
Boise, ID 83712


Beckman, Jeffery
19-215E2200 North Rd.
Towanda, IL 61776


Brown, Bert and Brandi JTWROS
9210 Stoneridge Canyon
Houston, TX 77089


Bush, Jon M.
8324 NW Lakeview Dr.
Parkville, MO 64152


Carey, Lee D.
216 Hunter Ave.
Oakland, CA 94603


Caskey, Penelope J.
5102 Caprock
Pearland, TX 77584

Chapman, Mildred M.
2371 County Road 312
Broaddus, TX 75929


Coshate Road Exotics
2311 Thompson Crossing
Richmond, TX 77469


Cunningham, Richard
2311 Thompson Crossing
Richmond, TX 77469


Czarnecki, Michael
3104 Creek Bend Dr.
Friendswood, TX 77546


Dabelic, Ivo
326 Gleneagles Dr.
Friendswood, TX 77546


Dang, Maria
10810 Umber Ct.
Houston, TX 77099


Davies, Sheila
3240 Lightning Ct.
New Lenox, IL 60451


DeWalt, Ronald
1802 Country Rd. 93613
Alvin, TX 77511


Dillehay, Michele
3904 NW 61st.
Oklahoma City, OK 73112


DiMaria, Frank
8113 Olcott Ave.
Niles, IL 60714


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084

Felt, Jason
3115 Newcastle
Houston, TX 77027


Fenley, Doyle and Michelle JTWROS
33207 Buck
Magnolia, TX 77355


Frisbie, Robert G.
803 N. Delaware
Chouteau, OK 74337


Fullmer, Sharon
9981 Lake Seminole Drive N.
Largo, FL 33773


Genworth Life
700 Main Street
Lynchburg, VA 24504


Glander, Helen C.
25084 W. Ivanhoe Rd.
Wauconda, IL 60084


Graham, Patricia C.
200 Wyndemere Cir Unit 323W
Wheaton, IL 60187


Gray, Robert
707 Davis Road
League City, TX 77573


Guest, Floyd E., Jr. Trustee of
5826 Doliver Dr.
Houston, TX 77057


Harwell, Charles M.
163 Holly Ridge Rd.
Dublin, GA 31021


Heisler, Jeannine
1220 N. Oaks St.
Lake City, MN 55041

Heney, Shirley Jean
9515 Edgefield Trail
Flower Mound, TX 75028

Hicks, Geraldine E.
1436 E. Thacker #409
DesPlaines, IL 60016

Hill, Gerald O.
3510 96th.
Lubbock, TX 79423

Hite, Sydney
633 NE Shoreline Dr.
Lee's Summitt, MO 64064

Hite, Sydney
3820 S. Whitney Ave.
Independence, MO 64055

Hoelscher, Joan A.
1476 Cindy Ln
DesPlaines, IL 60018

Holsch, Oranelle Ann
9318 Carvel
Houston, TX 77036

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph, Level 7-425
Chicago, IL 60606

ING Relia Star Life Insurance Co.
909 Locust Street
Des Moines, IA 50309

Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690

Jackson, Shirley
2110 Goldfinch Ln
League City, TX 77573

Jernigan, Catherine R.
5423 Fairgreen Ln.
Houston, TX 77048

John Hancock Life Insurance Company
20 N. Wacker Drive, Suite 2617
Chicago, IL 60606-3004

Lawrence, Cleaster
1306 Gilchrist Ct.
Richmond, VA 23231

Lewis, Clarence
5110 Creekview Dr.
LaPorte, TX 77571

Lincoln Financial
100 N. Greene Street
Greensboro, NC 27401

Massachusettes Mutual Life Ins. Co.
300 5th Avenue
Waltham, MA 02451-8778

Mistry, Thakor G.
605 Woolsey
Dallas, TX 75224

Molitor, Stephen B.
232 W. Brown St.
West Chicago, IL 60185

Monkres, Georgia
5610 Oak Branch Dr.
Arlington, TX 76016

Monkres, T. Eugene
5610 Oak Branch Dr.
Arlington, TX 76016

Moore, Irving, Jr.
7518 Longing Trail
San Antonio, TX 78244

Morse, Dorothy
802 Maalahi St.
Wailuku, HI 96793


Mozley, Loretta
405 Windsor Dr.
Friendswood, TX 77546


Pacific Life
700 Newport Center Drive
Newport Beach, CA 92660-6397


Polumbo, Irene
11607 Triola Ln
Houston, TX 77072


Poulsen, Rodney C.
6688 Coba Ct.
Salt Lake City, UT 84121


Prudential Financial Life Insurance
751 Broad Street
Newark, NJ 07102-3777


Pyron, Dina A.
2924 Georgetown
Houston, TX 77005


Quiroga, Luis A.
14907 Turnbridge Dr.
Frisco, TX 75035


Redmon, Terry E.
111 Moss Glen Rd.
Lebanon, TN 37090


Rogers, Gordon L.
445 Lawrence Rose Rd.
Lebanon, TN 37087


Rosko, Sharon L.
2614 S. Clinton Ave.
Berwyn, IL 60402

Sabey, Donald A.
15914 Larkfield Dr.
Houston, TX 77059


Saydel, Kenneth M.
N8W29570 Thames Ct.
Waukesha, WI 53188


Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission


Sellmeyer, Francis
811 Barnesville
Channelview, TX 77530


Sirk, Fay M.
9705 Kingussle Lane
Richmond, TX 23236


Smith, Dorothy A. Char Rev Trst
318 N. Lind
Hillside, IL 60162


Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


Tovey, Boyd Brent
3695 Sawgrass Way
Boise, ID 83704

Transamerica
401 N. Tryon Street, Suite 700
Charlotte, NC 28202

Varjas, Frank
11527 Longbrook Dr.
Houston, TX 77099

Wagner, Franz
213 E. Saunders
League City, TX 77573

Wagner, William
22 W 107 Irving Park Rd.
Medinah, IL 60157

Wasserberg, Johnathan
1717 St. James Place #360
Houston, TX 77056

West Coast Life Insurance Company
P.O. Box 2224
Birmingham, AL 35246-0030

Worthy, Shirley
4053 Chemawa Dr.
Stone Mountain, GA 30083

Wright, Nellie
2524 New Garden Rd. E
Greensboro, NC 27455

Yatsinko, Michael E.
35 Winchester Ct.
Lebanon, TN 37090

Youngblood, Ruby C.
106 Charles St.
Dongola, IL 62926